[No. 20315-1-I.   Division One.   September 12, 1988.]

GERALDINE WASHINGTON, ET AL, *Appellants*, v. JOHN N. GREENE II, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85-2-01227-1, Marshall Forrest, J.,

entered April 24, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis and Winsor, JJ.